IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO HARRIS, ) | |
| ) | |
| Petitioner, ) | No. C 07-2084 CRB (PR) |
| ) | |
| vs. ) | ORDER |
| ) | |
| T. FELKER, Warden, ) | (Doc # 29) |
| ) | |
| Respondent. ) | |

Good cause shown, petitioner's motion (doc # 29) for an extension of time to file an application for a certificate of appealability (COA) is GRANTED. Petitioner shall file an application for a COA by no later than March 27, 2009. No further extensions of time will be granted.

SO ORDERED.

DATED: Feb. 25, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.07\Harris, A1.or2.wpd